IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


PHILLIP J. KENNEDY,

        Plaintiff,

v.                                                                                    3:10cv60-WS

JOHN GLASSMAN, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed July 1, 2010. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this      26th      day of     July    , 2010.



                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE